RECEIVED
JUN - 7 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIE LEE BROWN, JR. | CIVIL ACTION NO. 1:15-CV-02885 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| UNITED STATES COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Brown's appeal is GRANTED, the final decision of the Commissioner is REVERSED, and Brown's case is REMANDED to the Commissioner for: (1) development of the medical evidence, including the diagnosis of neurofibromatosis; and (2) appropriate evaluation of the effects of Brown's medical condition on both his ability to work and his ability to maintain employment.

**THUS ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana on this 7th day of June, 2017.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE